1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>     v.<br><br>TRACY C. VELGERSDYK,<br><br>                         Defendant. | NO.  MJ16-5107<br><br><br>DETENTION ORDER |

Offense charged:

     Count 1:        Escape From Custody

Date of Detention Hearing:  June 24, 2016.

          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

          1.        Defendant is charged with escape.

          2.        Defendant has stipulated to detention, but reserves the right to contest his

continued detention if there is a change in circumstances.

          3.        There are no conditions or combination of conditions other than detention that

will reasonably assure the appearance of defendant as required.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

//

IT IS THEREFORE ORDERED:

(1)    Defendant shall be detained and shall be committed to the custody of the
       Attorney General for confinement in a correction facility separate, to the extent
       practicable, from persons awaiting or serving sentences or being held in custody
       pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with
       counsel;

(3)    On order of a court of the United States or on request of an attorney for the
       government, the person in charge of the corrections facility in which defendant
       is confined shall deliver the defendant to a United States Marshal for the
       purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to
       counsel for the defendant, to the United States Marshal, and to the United States
       Pretrial Services Officer.

DATED this 28th day of June, 2016.

_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2